Daniel A. Lev (CA Bar No. 129622
  dlev@sulmeyerlaw.com
Steven F. Werth (CA Bar No. 205434)
  swerth@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California  90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for Plaintiff,
Howard M. Ehrenberg, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>AXIUM INTERNATIONAL, INC.,<br><br>        Debtor.<br>_____<br><br>In re<br><br>DIVERSITY MSP, INC.,<br><br>        Debtor.<br>_____<br><br>HOWARD M. EHRENBERG, Chapter 7 Trustee of the Jointly Administered Cases of Axium International, Inc. and Diversity MSP, Inc.,<br><br>        Plaintiff,<br><br>        v.<br><br>ECLIPSE HEALTHCARE CONSULTING, INC., a Michigan corporation,<br><br><br><br>        Defendant. | Case No. 2:08-bk-10277-BB<br><br>Chapter 7<br><br>Jointly Administered With Case No. 2:08-bk-10376-BB, and Substantively Consolidated<br><br><br><br>Jointly Administered With Case No. 2:08-bk-10377-BB, and Substantively Consolidated<br><br>Adv. No.  2:09-ap-02912-BB<br><br>**NOTICE OF CONTINUANCE OF STATUS CONFERENCE**<br><br><u>Old Status Conference Information</u>:<br>Hearing Date:  March 18, 2010<br>Hearing Time: 11:00 a.m.<br>Courtroom:  1475<br><br><u>New  Status Conference Information</u>:<br>Hearing Date:  July 22, 2010<br>Hearing Time: 11:00 a.m.<br>Courtroom:  1475 |

1    **PLEASE TAKE NOTICE** that the status conference in the above-captioned

2    adversary proceeding has been continued from March 18, 2010 at 11:00 a.m. to July 22,

3    2010 at 11:00 a.m. in Courtroom 1475 of Roybal Federal Building, 255 East Temple

4    Street, Los Angeles, California  90012.

5

6    DATED: March 26, 2010          **Sulmeyer**Kupetz
                                     A Professional Corporation
7

8

9                                   By:    _Steven W_____

10                                         STEVEN F. WERTH
                                           Attorneys for Howard M. Ehrenberg
11                                         Chapter 7 Trustee

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

| In re: AXIUM INTERNATIONAL, INC. | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:08-bk-10277-BB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406

A true and correct copy of the foregoing document described as <u>NOTICE OF CONTINUANCE OF STATUS CONFERENCE</u>, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

☐ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on <u>March 29, 2010</u> I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Scott C. Clarkson, Esq./ Gore & Marsella, APLC:  sclarkson@lawcgm.com

The Honorable Sheri Bluebond
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1482
Los Angeles, CA 90012-3332

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 29, 2010 | Denise Givens | /s/Denise Givens |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.